UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KENYON BAILEY, ) | |
| ) | |
| Plaintiff, ) | Case: 2:23-cv-02039 |
| ) | |
| v. ) | |
| ) | |
| HELP AT HOME, LLC, ) | |
| ) | Jury Trial Demanded |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S AMENDED COMPLAINT

Plaintiff, Kenyon Bailey ("Plaintiff"), by and through the undersigned counsel, hereby files this Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2) against Help At Home, LLC ("Defendant"), and in support states as follows:

### NATURE OF PLAINTIFF'S CLAIMS

1. This lawsuit arises under the Civil Rights Act of 1964, as amended, 42 U.S.C. §1981 ("Section 1981") and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq*. ("Title VII") seeking redress for Defendants race discrimination under Title VII.

### JURISDICTION AND VENUE

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1331.

3. Venue of this action properly lies in the Central District of Illinois, Urbana Division, pursuant to 28 U.S.C. §1391(b) insofar as Defendant operates and transacts business in this judicial district and the events giving rise to Plaintiff's claims occurred within this District.

4. Plaintiff was employed by Defendant as an "employee" within the meaning of 42 U.S.C §2000e(f).

5. During the applicable limitations period, Defendant has had at least fifteen employees, has been an "employer" as defined by Title VII, and has been engaged in an industry affecting commerce within the meaning of Title VII, 42 U.S.C. § 2000e(b).

## ADMINISTRATIVE PREREQUISITES

6. All conditions precedent have been fulfilled or been complied with.

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") (attached hereto as Exhibit "A").

8. Plaintiff received a Notice of Right to Sue from the EEOC (attached hereto as Exhibit "B").

9. This Complaint has been filed within ninety (90) days of his receipt of the EEOC's Dismissal and Notice of Right to Sue.

## THE PARTIES

10. At all times material to the allegations of this Complaint, Plaintiff, Kenyon Bailey, resides in Kankakee County, Illinois.

11. At all times material to the allegations in this Complaint, Defendant, Help at Home, LLC is a limited liability company doing business in and for Kankakee County, Illinois, whose address is 946 N. Kinzie Ave., Bradley, Illinois 60915.

12. At all times relevant, Plaintiff was employed and worked at Defendant's location in Kankakee County at 946 N Kinzie Ave Bradley, IL 60915.

## BACKGROUND FACTS

13. Plaintiff began working for Defendant as a Program and Staffing Coordinator on or about June 2, 2021.

14. Plaintiff worked with at least two Caucasian employees and three African-

American employees.

15. A. Hoover and T. Holden were the two Caucasian employees Plaintiff worked with at Defendant.

16. M. Taylor, T. Chappel-Spraags, and L. Jenkins are the three African-American employees Plaintiff worker with.

17. Throughout the Plaintiff's employment he and the other African-American employees were subjected to disparate treatment on the basis of his and their race.

18. Plaintiff and other African-American co-workers were held to higher standards compared to similarly situated employees outside of their protected class.

19. Accordingly, Plaintiff and other African-Americans were unfairly disciplined either in written form or verbal for conduct that would be otherwise be ignored or given leniency when Caucasian employees performed same or similar conduct.

20. The discipline is an adverse employment action.

21. The disparate treatment also led to the decision to terminate Plaintiff and the other African-American employees compared to the Caucasian employees.

22. On or about March 7, 2022, Regional manager Aron (last name unknown) called Plaintiff for a Zoom meeting to explain that the company is going in a different direction and that the Plaintiff employment would be terminated.

23. Plaintiff was being terminated on the basis of his race.

24. Later that day, Plaintiff was sitting with his fellow African-American and Caucasian coworkers and they all began to discuss how everyone is losing their jobs.

25. However, Plaintiff discovered that the Caucasian employees were offered positions at another Defendant location and only the African Americans were being terminated.

26. Plaintiff along with those coworkers discussed the discriminatory decisions made by Defendant and Plaintiff along with those coworkers collectively view the actions by Defendant were discriminatory on the basis of race.

27. Effectively, Plaintiff was terminated on the basis of his race because him and the other three African-American were terminated while the two Caucasian employees were able to maintain their employment at another location.

28. Nonetheless, despite complaints of the race-based discrimination, Defendant terminated Plaintiff and the African-American coworkers and offered positions to only the Caucasian coworkers.

## COUNT I
### Violation of 42 U.S.C. § 1981
### (Race-Based Discrimination)

29. Plaintiff repeats and re-alleges paragraphs 1-28 as if fully stated herein.

30. Section 1977 of the Revised Statutes, 42 U.S.C. § 1981, as amended, guarantees persons of all races, colors, and national origin the same right to make and enforce contracts, regardless of race, color, or national origin. The term "make and enforce" contracts includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.

31. Defendant's conduct against Plaintiff's race amounts to a pattern or practice of systemic race discrimination that constitutes illegal intentional race discrimination in violation of 42 U.S.C. Section 1981.

32. Plaintiff was subjected to and harmed by Defendant's systemic and individual discrimination.

33. Defendant's unlawful conduct resulted in considerable harm and adverse

employment actions to Plaintiff and is entitled to all legal and equitable remedies under Section 1981.

### COUNT II
### Violation of Title VII of the Civil Rights Act of 1964
### (Race-Based Discrimination)

34. Plaintiff repeats and re-alleges paragraphs 1-28 as if fully stated herein.

35. By virtue of the conduct alleged herein, Defendant intentionally discriminated against Plaintiff based on his race, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, *et seq*.

36. Plaintiff was treated less favorably than similarly situated employees outside of his protected class.

37. Plaintiff was subjected to an adverse employment on the basis of his race when he was terminated by Defendant.

38. Defendant's conduct toward Plaintiff illustrated a willful and/or reckless violation of Title VII of the Civil Rights Act of 1964.

39. Defendant acted in willful and reckless disregard of Plaintiff's protected rights.

40. As a direct and proximate result of the discrimination described above, Plaintiff has suffered and continues to suffer loss of employment, loss of income, loss of other employment benefits and has suffered and continues to suffer mental anguish, distress, humiliation and loss of enjoyment of life.

### RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court find in Plaintiff's favor and against Defendant as follows:

    a.    Back pay with interest;

b.  Payment of interest on all back pay recoverable;

c.  Compensatory and punitive damages;

d.  Reasonable attorneys' fees and costs;

e.  Award pre-judgment interest if applicable; and

f.  Award Plaintiff any and all other such relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests that all issues be submitted to and determined by a jury.

Dated this 10th day of May, 2023.

/s/ *Nathan C. Volheim*
**NATHAN C. VOLHEIM, ESQ.**
IL Bar No.: 6302103
**SULAIMAN LAW GROUP LTD.**
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 568-3056
Fax (630) 575 - 8188
nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

/s/ *Chad W. Eisenback*
**CHAD W. EISENBACK, ESQ.**
IL Bar No.: 6340657
**SULAIMAN LAW GROUP LTD.**
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (331) 307 - 7632
Fax (630) 575 - 8188
ceisenback@sulaimanlaw.com
*Attorney for Plaintiff*